HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RONNIE LEE CRUICKSHANK, <br> Defendant. | No. CR17-323-JLR <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the Unopposed Motion to Seal Motion to Continue Trial and Pretrial Motions Dates. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Unopposed Motion to Continue Trial and Pretrial Motions Dates be filed under seal.

DATED this 16 day of January, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Dennis Carroll
Assistant Federal Public Defender
Attorney for Ronnie Cruickshank

ORDER TO SEAL DOCUMENT
(*Ronnie Cruickshank*, CR17-323-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100