DISTRICT JUDGE JAMES L. ROBART
MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-323-JLR-MAT |
| Plaintiff, | |
| vs. | (PROPOSED) ORDER GRANTING MOTION TO SEAL DOCUMENT |
| RONNIE LEE CRUICKSHANK, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Ronnie Cruickshank to file his motion to reopen his detention hearing under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Mr. Cruickshank's motion to reopen his detention hearing be filed under seal.

DATED this 28th day of March, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SEAL DOCUMENT
(*Ronnie Cruickshank*, CR17-323-JLR-MAT) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1 Presented by:

2 s/ *Dennis Carroll*

3 Assistant Federal Public Defender
Attorney for Ronnie Cruickshank

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SEAL DOCUMENT
(*Ronnie Cruickshank*, CR17-323-JLR-MAT) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**