JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNIE LEE CRUICKSHANK,<br><br>Defendant. | No. CR17-323-JLR<br><br>(~~PROPOSED~~) ORDER TO SEAL JUDGMENT |

THIS MATTER has come before the undersigned on the motion to seal the Judgment in this case, Docket 51. The Court has considered the motion and records in this case and finds there are compelling reasons to file the judgment under seal.

IT IS ORDERED that the Judgment, Docket 51, be filed under seal.

DATED this 22nd day of October, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Federal Public Defender
Attorney for Ronnie Lee Cruickshank

ORDER TO SEAL JUDGMENT - 1
*United States v. Cruickshank* / CR17-323-JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100