PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

| | |
|---|---|
| **Name:** Ronnie Lee Cruickshank | **Case Number:** 2:17CR00323JLR-001 |
| **Name of Judicial Officer:** The Honorable James L. Robart, United States District Judge | |
| **Date of Original Sentence:** 10/11/2018 | **Date of Report:** 07/25/2023 |
| **Original Offense:** | Ct. 1 – Distribution of fifty (50) grams or more of methamphetamine, or five hundred grams or more of a mixture of substance containing a detectable amount of methamphetamine.<br>Ct. 2 – Felon in possession of a firearm |
| **Original Sentence:** | 72 months of custody; 5 years of supervision |
| **Type of Supervision:** Supervised release | **Date Supervision Commenced:** 03/03/2023 |

**Special Conditions Imposed:**

☒ Substance Abuse  ☒ Financial Disclosure  ☐ Restitution:
☒ Mental Health  ☐ Fine waived  ☐ Community Service
☒ Other: Moral Reconation Therapy; submit to search of person/property

## NONCOMPLIANCE SUMMARY

I allege Ronnie Lee Cruickshank has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming alcohol, on or about July 14, 2023, in violation of a special condition of supervised release. |

United States Probation Officer Action:
On July 14, 2023, Mr. Cruickshank provided a urinalysis sample which returned presumptive positive for alcohol. When confronted, he admitted to consuming alcohol on or about that date. He seemed immediately remorseful and stated he was "just very hot that day" and thought a beer sounded good. Mr. Cruickshank states it was a one-time slip up and he understands he is not allowed to drink alcohol while on supervision. He admits that alcohol "does [him] no good."

Mr. Cruickshank is in compliance with all other conditions of supervision, and this violation seems to be an outlier in his overall performance. He seems motivated to comply with his conditions of supervision and communicates a motivation to desist from any further alcohol use. Mr. Cruickshank's drug testing frequency has been increased to better monitor any new drug or alcohol use. I respectfully recommend the Court endorse my admonishment of his alcohol use and take no further action at this time.

I consulted with Assistant United States Attorney Tom Woods, and he concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| The Honorable James L. Robart, United States District Judge | Page 2 |
| Report on Person Under Supervision | July 25, 2023 |

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 25th day of July, 2023.

BY:

_____
Raymond E. Cowles
United States Probation Officer

_____
Hien Nguyen
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

July 25, 2023
Date